In the Matter of the Claim of RAGNHILD CHRISTIANSEN, Respondent, against HILL REPRODUCTION COMPANY et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

Argued November 24, 1941; decided January 8, 1942.

*Frank L. Ward* for appellants.

*Charles J. Nehrbas* for respondent.

*John J. Bennett, Jr., Attorney-General,* for State Industrial Board.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.